

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# FILED

MAR 10 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 26-1404 |
| Agency Number(s): | A215-563-951, A215-563-952, A215-563-953 |
| Case Title: | Lopez-Diaz, et al. v. Bondi |

Dear Petitioner(s)

The United States Court of Appeals for the Ninth Circuit has received your petition for review and assigned the docket number above to your case. Please include this docket number on every filing you submit and in any communication you have with the court about this case.

You are the petitioner(s) in this court because you filed the petition for review. You must file an opening brief, and you may file a reply brief after the government files their answering brief. The brief due dates are listed in the attached Briefing Schedule. These dates can be extended only by court order.

*Your Petition for Review includes a request for stay of removal. Pursuant to G.O. 6.4(c), a stay of removal is in effect until that request has been addressed.*

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## BRIEFING SCHEDULE

Docket Number: 26-1404
Agency Number(s): A215-563-951, A215-563-952, A215-563-953
Case Title: Lopez-Diaz, et al. v. Bondi

**4/20/2026**
Pamela Bondi — Certified Administrative Record due

**5/11/2026**
Pamela Bondi — Respondent Response to Stay Motion (Filed with PFR) due

**5/29/2026**
Carla Damaris Lopez-Diaz, et al. — Immigration Petitioner Opening Brief due

**6/29/2026**
Pamela Bondi — Immigration Respondent Answering Brief due

The optional reply brief is due 21 days after the answering brief is served. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**If the opening brief is not filed by the deadline, the court may dismiss this case.** *See* 9th Cir. R. 42-1.